# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0859
_____

LEO BRANDON FARNSWORTH,

    Appellant,

v.

STATE OF FLORIDA and DENISE
WILLIAMS,

    Appellees.

_____


On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

August 23, 2019


PER CURIAM.

    This appeal is hereby dismissed for lack of jurisdiction.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Leo Brandon Farnsworth, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee State of Florida.

No appearance for Appellee Denise Williams.